# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00293-APG-NJK |
| Plaintiff, | **ORDER** |
| v. | |
| ZACKEISSCE HALL, | |
| Defendant. | |

Presently before the court is defendant Zackeissce Hall's Motion to Modify Conditions of Pretrial Release (ECF No. 19), filed on January 22, 2019. The government filed a response (ECF No. 20) on February 4, 2019. Hall did not file a reply. The court has read and considered the parties' briefs and has determined it does not have sufficient information to decide the motion. Accordingly,

IT IS ORDERED that Hall must file a supplemental brief by February 22, 2019, addressing the following topics:

- specific details regarding the nature and extent of the support Hall currently is providing to Quantika Collins and their two children and how the current conditions of release bear on his ability to provide that support;
- specific details regarding the support that Hall is prevented from providing to Collins and their children as a result of his current conditions of release;
- whether Hall is currently employed, and if so, his employer, his position, his work schedule, the amount he is earning, and the amount of financial support he is providing to the children;

- an explanation of how Delorise Hall, his grandmother and third-party custodian, will be able to supervise Hall in accordance with the court-ordered conditions of release if he is not living with her; and
- whether Collins consents to having Hall reside with her.

IT IS FURTHER ORDERED that the government may file a supplemental response by March 1, 2019.

DATED: February 12, 2019

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE