RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Zackeissce Hall

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-293-APG-NJK |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| v. | (First Request) |
| ZACKEISSCE HALL, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Christopher Burton, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Zackeissce Hall, that the Sentencing Hearing currently scheduled on July 9, 2019 at 2:00 p.m., be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. Additional time is needed to review the presentence investigation report with Mr. Hall and to compile mitigation evidence.

2. The defendant is not in custody and does not oppose a continuance.

3. The parties agree to the continuance.

1    This is the first request for a continuance of the sentencing hearing.

2    DATED this 19th day of June, 2019.

3

4    RENE L. VALLADARES                          NICHOLAS A. TRUTANICH
     Federal Public Defender                     United States Attorney

5

6         /s/ Raquel Lazo                             /s/ Christopher Burton
     By_____        By_____

7    RAQUEL LAZO                                 CHRISTOPHER BURTON
     Assistant Federal Public Defender           Assistant United States Attorney

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-293-APG-NJK |
| Plaintiff, | **ORDER** |
| v. | |
| ZACKEISSCE HALL, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Tuesday, July 9, 2019 at 2:00 p.m., be vacated and continued to __August 22, 2019__ at the hour of __2:00__ __p__.m. in Courtroom 6C; or to a time and date convenient to the court.

DATED this __20th__ day of June, 2019.

_____

UNITED STATES DISTRICT JUDGE

3