# FILED
# UNDER
# SEAL

Prob12C
D/NV Form
Rev. March 2017

**United States District Court**
**for**
**the District of Nevada**

**PETITION FOR WARRANT**
**FOR OFFENDER UNDER SUPERVISION**

Name of Offender: **Zackeissce Hall**

Case Number: **2:18CR00293**

Name of Sentencing Judicial Officer: **Honorable Andrew P. Gordon**

Date of Original Sentence: **August 22, 2019**

Original Offense: **Felon in Possession of a Firearm**

Original Sentence: **13 Months custody, followed by 36 Months TSR.**

Date Supervision Commenced: **December 30, 2020**

**PETITIONING THE COURT**

☒ To issue a warrant.

The probation officer believes the offender has violated the following condition(s) of supervision:

1. **Shall Not Commit Crime - The defendant shall not commit another federal state or local crime.**

   On May 27, 2023, Mr. Hall committed the crime of Own/Possess Gun by Prohibited (Ex-Felon) Person in violation of N.R.S. 202.360.1.

   On May 27, 2023, at approximately 3:20 a.m. Las Vegas Metropolitan Police Department (LVMPD) Officers responded to the Silver Nugget Hotel in reference to a subject with a gun. North Las Vegas Dispatch call details an anonymous caller stated a black adult male, later identified, and verified through NCIC as Mr. Hall, was inside the hotel fighting with other individuals. The anonymous caller also stated Mr. Hall placed a gun in his front pocket and brandished it inside the hotel.

RE: Zackeissce Hall

Prob12C
D/NV Form
Rev. March 2017

Mr. Hall left the hotel on foot and was picked up by a 2019 Dodge Journey SUV. This vehicle was involved in a traffic stop by LVMPD Officers. Mr. Hall was sitting in the passenger seat of the vehicle. During a search of the vehicle, officers located a Taurus Millennium G2, 9mm semi-automatic handgun under the passenger seat. Mr. Hall was arrested and transported to North Las Vegas Community Correctional Center. Mr. Hall bailed out of custody on May 29, 2023.

2.  **Refrain From Unlawful Use of Controlled Substance - The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, as determined by the court, not to exceed 104 tests annually. Revocation is mandatory for refusal to comply.**

    1.  Mr. Hall tested positive for the use of marijuana on the following dates:
        - May 7, 2022
        - May 21, 2022
        - May 28, 2022

    2.  Mr. Hall failed to report for the following drug/alcohol test on the following dates:
        - January 17, 2021
        - April 23, 2021
        - July 28, 2022
        - August 15, 2022
        - September 30, 2022
        - October 20, 2022
        - November 15, 2022
        - November 22, 2022
        - February 17, 2023
        - April 15, 2023
        - April 29, 2023

3.  **Submit Monthly Report - The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.**

    Mr. Hall failed to submit monthly report forms for the following dates:
    - December 2022

RE: Zackeissce Hall

Prob12C
D/NV Form
Rev. March 2017

- January 2023
- February 2023
- March 2023
- April 2023
- May 2023

4. **<u>Shall Not Associate with Criminals</u> - The defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.**

On April 17, 2021, Mr. Hall associated with Deangelo Dixon. Dixosn is a felon and at the time of their contact was service a time of supervised release with the District of Nevada.

**U.S. Probation Officer Recommendation**:

The term of supervision should be:

☒ Revoked

I declare under penalty of perjury that the information contained herein is true and correct,

Executed on **June 1, 2023**

Digitally signed by Erica Denney
Date: 2023.06.02 10:21:01 -07'00'

_____

Erica Hogans
US Probation Officer

Approved:

Digitally signed by Joy Gabonia
Date: 2023.06.02 10:17:41 -07'00'

_____

Joy Gabonia
Supervisory United States Probation Officer

## RE: Zackeissce Hall

Prob12C
D/NV Form
Rev. March 2017

## *THE COURT ORDERS*

☐    No Action.
☑    The issuance of a warrant.
☐    The issuance of a summons.
☐    Other:

_____
Signature of Judicial Officer

June 2, 2023
_____
Date

**RE: Zackeissce Hall**

Prob12C
D/NV Form
Rev. March 2017

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA
## UNITED STATES V. ZACKEISSCE HALL,  2:18CR00293

### SUMMARY IN SUPPORT OF PETITION FOR WARRANT
### June 1, 2023

By the way of case history, on August 22, 2019, Mr. Hall was sentenced to 13 months custody followed by three (3) years of supervised release for committing the offense of Felon in Possession of a Firearm. Mr. Hall began his term of supervised release in the District of Nevada on December 30, 2020. At the onset of supervision, Mr. Hall was approved to reside with his girlfriend and was placed on location monitoring as required through the Court order. Mr. Hall and his girlfriend began having relationship issues and without notice she no longer allowed him to reside at her residence. Hall attempted to move in with family members but was unable to due to their lease restrictions. On March 2, 2021, Your Honor modified Mr. Hall's conditions of supervision to include residential re-entry center (RRC) placement for a term up to 120 days.

On April 17, 2021, U.S. Probation Officer (USPO) Stark conducted an investigation regarding the report of an assault that involved Mr. Hall and another resident of the RRC, Deangelo Dixon. Mr. Hall verbally admitted that he assaulted Dixon at the Circus Circus parking lot. Hall stated he met with Dixon while riding the bus when they were both returning to the RRC. He advised that Dixon began to "disrespect him" and they began to fight. Mr. Hall advised the fight occurred due to Dixon being aggressive towards him and Dixon possibly being under the influence of alcohol. Mr. Hall provided consent to search his phone. The contents revealed that he and Dixon had been walking down Las Vegas Boulevard just prior to the fight with Dixon holding a bottle of alcohol and the two singing as if making a music video while Hall recorded. Mr. Hall's phone was seized as part of his search condition to be able to determine if more evidence existed regarding the incident. A forensic examination of the phone revealed that Mr. Hall has likely been involved in some way with negative peers through text messages, including Dixon, who at the time was also on federal supervision.

As a result of the above violation, Your Honor modified Mr. Hall's conditions to include completion of 60 hours of community service work. Mr. Hall completed his community services hours on December 12, 2022.

As indicated in the petition, on May 27, 2023, Mr. Hall committed the crime of Own/Possess Gun by Prohibited (Ex-Felon) Person in violation of N.R.S. 202.360.1.  Per the arrest report, Hall was fighting with other individuals at the Silver Nugget Hotel and brandished a firearm.  Hall left the hotel by vehicle, a 2019 Dodge Journey SUV. A traffic stop was initiated by LVMPD Officers on the above-mentioned vehicle. At the time of the traffic stop, Hall was sitting Mr. Hall in the passenger seat of the vehicle. During a search of the vehicle, officers located a Taurus Millennium G2, 9mm semi-automatic handgun under the passenger seat. As such, Mr. Hall was arrested and transferred to North Las Vegas Community Correctional Center. Mr. Hall bailed out

**RE: Zackeissce Hall**

Prob12C
D/NV Form
Rev. March 2017

on May 29, 2023. It should be noted that Mr. Hall's instant offense if Felon in Possession of a Firearm.

Pursuant to 18 U.S.C. § 9583 (g)(3) Mandatory revocation for possession of controlled substance or firearm or for refusal to comply with drug testing- if the defendant refuses to comply with drug testing, thereby violating the condition imposed by section 3563(a)(4), the court shall revoke the term of supervised release and require the defendant to serve a term of imprisonment not to exceed the maximum term of imprisonment authorized under subsection (e)(3).

For the Court's information, Mr. Hall has been previously convicted of the offenses outlined below:

- Petit Larceny (2011)
- Robbary, Burglary While in Possession of a Firearm (2012)
- Trespassing (2016)

Mr. Hall is in violation of his release conditions by possessing a firearm, using marijuana, associating with felons, failing to report for drug testing and failing to submit monthly supervision report forms. Additionally, at this time, Hall is viewed as a danger to the community as well as himself. For these reasons, the probation office respectfully requests a warrant be issued for Mr. Hall's arrest to initiate revocation proceedings. It is further recommended Mr. Hall remain in custody pending his revocation hearing before this Honorable Court.

Respectfully submitted,

Digitally signed by Erica Denney
Date: 2023.06.02 10:21:40 -07'00'

Erica Hogans
US Probation Officer

Approved:

Digitally signed by Joy Gabonia
Date: 2023.06.02 10:19:28 -07'00'

Joy Gabonia
Supervisory United States Probation Officer