RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NAVID AFSHAR
Assistant Federal Public Defender
Nevada State Bar No. 14465
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Navid_Afshar@fd.org

Attorney for Zackeissce Hall

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>      v.<br><br>ZACKEISSCE HALL,<br><br>              Defendant. | Case No. 2:18-cr-00293-APG-NJK-1<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Second Request) |

   IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Justin Washburne, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Navid Afshar, Assistant Federal Public Defender, counsel for Zackeissce Hall, that the Revocation of Supervised Release Hearing currently scheduled on August 29, 2023 at 1:30 p.m., be vacated and continued to a date and time convenient to the Court, but no sooner than forty-five (45) days.

   This Stipulation is entered into for the following reasons:

   1.   Defense counsel needs to obtain and review discovery related to this matter.

   2.   The defendant is in custody and agrees with the need for the continuance.

   3.   The parties agree to the continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the second request for continuance filed herein.

DATED this 24th day of August, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Navid Afshar*<br>NAVID AFSHAR<br>Assistant Federal Public Defender | By */s/ Justin Washburne*<br>JUSTIN WASHBURNE<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br> v. <br> ZACKEISSCE HALL, <br>     Defendant. | Case No. 2:18-cr-00293-APG-NJK-1 <br><br> **ORDER** |

    IT IS THEREFORE ORDERED that the Revocation of Supervised Release Hearing currently scheduled for August 29, 2023 at 1:30 p.m., be vacated and continued to October 18, 2024 at the hour of 9:00 a.m. in Courtroom 6C.

    DATED this 25th day of August, 2023.

_____
UNITED STATES DISTRICT JUDGE